**DENTONS**

Rebecca Stark
Associate

rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

August 8, 2024

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Senior v. Tempur Sealy International, Inc.*, Case No. 1:24-cv-01327-RA

Dear Judge Abrams,

We represent Defendant Tempur Sealy International, Inc. ("Defendant") in the above-referenced matter. Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from August 8, 2024 to September 23, 2024.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark
Associate

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
August 8, 2024